# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Kyle L. Six                                                                                        CHAPTER 13

Debtor(s)

BKY. NO. 23-20191 GLT

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Reliance First Capital, LLC and index same on the master mailing list.

                                        Respectfully submitted,

                                        /s/ **Brian C. Nicholas**
                                        Brian Nicholas
                                        16 Feb 2023, 13:06:35, EST

Brian C. Nicholas, Esq. (317240) ☑
Denise Carlon, Esq. (317226) ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com