**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| KYLE L. SIX | Case No.:23-20191 GLT |
| Debtor(s) | |
| Ronda J. Winnecour | Document No.: |
| Movant | |
| vs. | |
| No Respondents. | |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/30/2023 and confirmed on 02/28/2023. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 9,564.00 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 9,559.00 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 1,312.74 | |
|    Trustee Fee | 521.22 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,833.96 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   RELIANCE FIRST CAPITAL LLC | 0.00 | 7,725.04 | 0.00 | 7,725.04 |
|     Acct: 3840 | | | | |
|   RELIANCE FIRST CAPITAL LLC | 14,029.85 | 0.00 | 0.00 | 0.00 |
|     Acct: 3840 | | | | |
| | | | | 7,725.04 |
| **Priority** | | | | |
|   MATTHEW M BRENNAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KYLE L. SIX | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KYLE L. SIX | 5.00 | 5.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MATTHEW M BRENNAN ESQ | 4,500.00 | 1,312.74 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RELIANCE FIRST CAPITAL LLC | 1,025.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3840 | | | | |

*** N O N E ***

| 23-20191 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
| US DEPARTMENT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5951 | | | | |
| DEPARTMENT OF EDUCATION/NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7051 | | | | |
| ADT SECURITY SERVICES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAVALRY SPV I LLC - ASSIGNEE(*) | 838.33 | 0.00 | 0.00 | 0.00 |
| Acct: 8897 | | | | |
| LVNV FUNDING LLC | 1,012.37 | 0.00 | 0.00 | 0.00 |
| Acct: 7595 | | | | |
| UNIFUND CCR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0389 | | | | |
| VA PGH EMPLOYEE FCU(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9066 | | | | |
| VA PGH EMPLOYEE FCU(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9070 | | | | |
| UPMC HEALTH SERVICES | 173.15 | 0.00 | 0.00 | 0.00 |
| Acct: 5951 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

\*\*\*NONE\*\*\*

**TOTAL PAID TO CREDITORS**     7,725.04

TOTAL CLAIMED
PRIORITY     1,025.00
SECURED     14,029.85
UNSECURED     2.023.85

Date: 03/08/2024

/s/ Ronda J. Winnecour
_____
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com