**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| KYLE L. SIX | Case No.:23-20191 GLT |
| Debtor(s) | |
| Ronda J. Winnecour | Document No.: |
| Movant | |
| vs. | |
| No Repondents. | |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 01/30/2023 and confirmed on 02/28/2023. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 9,564.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 9,564.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 1,312.74 | |
|   Trustee Fee | 521.22 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,833.96 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   RELIANCE FIRST CAPITAL LLC | 0.00 | 7,725.04 | 0.00 | 7,725.04 |
|     Acct: 3840 | | | | |
|   RELIANCE FIRST CAPITAL LLC | 14,029.85 | 0.00 | 0.00 | 0.00 |
|     Acct: 3840 | | | | |
| | | | | 7,725.04 |
| **Priority** | | | | |
|   MATTHEW M BRENNAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KYLE L. SIX | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KYLE L. SIX | 5.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MATTHEW M BRENNAN ESQ | 4,500.00 | 1,312.74 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RONDA J WINNECOUR TRUSTEE/CLERK | 5.00 | 5.00 | 0.00 | 5.00 |
|     Acct: XXXXXXXXXXXXXXXXXX0191 | | | | |
|   RELIANCE FIRST CAPITAL LLC | 1,025.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3840 | | | | |

| 23-20191 GLT | TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| | | | | 5.00 |

Unsecured

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| US DEPARTMENT OF EDUCATION  Acct: 5951 | 0.00 | 0.00 | 0.00 | 0.00 |
| DEPARTMENT OF EDUCATION/NELNET  Acct: 7051 | 0.00 | 0.00 | 0.00 | 0.00 |
| ADT SECURITY SERVICES INC  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CAVALRY SPV I LLC - ASSIGNEE(*)  Acct: 8897 | 838.33 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC  Acct: 7595 | 1,012.37 | 0.00 | 0.00 | 0.00 |
| UNIFUND CCR  Acct: 0389 | 0.00 | 0.00 | 0.00 | 0.00 |
| VA PGH EMPLOYEE FCU(*)  Acct: 9066 | 0.00 | 0.00 | 0.00 | 0.00 |
| VA PGH EMPLOYEE FCU(*)  Acct: 9070 | 0.00 | 0.00 | 0.00 | 0.00 |
| UPMC HEALTH SERVICES  Acct: 5951 | 173.15 | 0.00 | 0.00 | 0.00 |
| KML LAW GROUP PC*  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

***N O N E***

| | |
|---|---|
| TOTAL PAID TO CREDITORS | 7,730.04 |

TOTAL CLAIMED
```
PRIORITY           1,030.00
SECURED           14,029.85
UNSECURED          2,023.85
```

Date: 07/10/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com